**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Mechelle D ROLLINS<br>    Avery D ROLLINS<br>              Debtor(s) | Case No. 15 B 40481 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/30/2015.

2) The plan was confirmed on 05/25/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/25/2016, 12/07/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Completed on 08/27/2018.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $98,794.76.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,675.00 |
| Less amount refunded to debtor | $2,324.64 |
| **NET RECEIPTS:** | **$23,350.36** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,045.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $986.15 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,031.15** |

Attorney fees paid and disclosed by debtor:     $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron's Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aarons Sales And Lease Ownership | Secured | 1,199.00 | 0.00 | 1,199.00 | 1,199.00 | 25.46 |
| Aarons Sales And Lease Ownership | Secured | 1,112.00 | 0.00 | 1,112.00 | 1,112.00 | 9.53 |
| Aarons Sales And Lease Ownership | Secured | 166.00 | 0.00 | 166.00 | 166.00 | 1.43 |
| Administrators of the Tulane Educational | Unsecured | 2,500.00 | 843.11 | 843.11 | 96.62 | 0.00 |
| American Loans LLC | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 3,350.00 | 3,000.84 | 3,000.84 | 343.90 | 0.00 |
| AMLI at River Run Lp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMLI Management Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Att | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 0.00 | 13,954.39 | 13,954.39 | 1,599.17 | 0.00 |
| Capital One Auto Finance | Unsecured | 12,911.00 | 12,911.00 | 12,911.00 | 0.00 | 0.00 |
| CCI Contract Callers, Inc | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 10,000.00 | 7,724.30 | 7,724.30 | 885.20 | 0.00 |
| Columbia College Chicago | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 426.00 | 580.86 | 580.86 | 66.57 | 0.00 |
| Consumer Portfolio Services | Unsecured | 18,634.00 | NA | NA | 0.00 | 0.00 |
| Diversified Svs Group | Unsecured | 607.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 4,747.18 | 4,747.18 | 544.03 | 0.00 |
| Educational Credit Management Corp | Unsecured | 50,000.00 | 32,915.93 | 32,915.93 | 3,772.17 | 0.00 |
| Edwards Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Enterprise | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| ERC/Enhanced Recovery Corp | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| ERC/Enhanced Recovery Corp | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| GDS | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Greater Northern Insurance | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Grove Dental Associates | Unsecured | 1,000.00 | 1,645.61 | 1,645.61 | 188.59 | 0.00 |
| Honor Finance Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Huelson Law | Unsecured | 3,489.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 44.00 | 44.00 | 44.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 29.55 | 29.55 | 29.55 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 100.00 | 3.48 | 3.48 | 0.40 | 0.00 |
| Illinois Title Loans | Unsecured | 1,500.00 | 6,535.50 | 6,535.50 | 748.97 | 0.00 |
| Illinois Tollway | Unsecured | 8,000.00 | 2,323.50 | 2,323.50 | 266.27 | 0.00 |
| Internal Revenue Service | Priority | 400.00 | 2,276.74 | 2,276.74 | 2,276.74 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 39,130.16 | 39,130.16 | 4,484.32 | 0.00 |
| Keynote Consulting | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| Life Time Fitness | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Louisiana Dept Of Social Services | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 120.00 | 120.00 | 120.00 | 13.75 | 0.00 |
| Municipal Collections Of America | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| National Credit Systems | Unsecured | 147.00 | 147.64 | 147.64 | 16.92 | 0.00 |
| Nellie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | 1,441.55 | 1,441.55 | 165.20 | 0.00 |
| Nordstrom | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 2,500.00 | 2,020.09 | 2,020.09 | 231.50 | 0.00 |
| PM Music Center | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| PODS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Preserve at River Run Lp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Prog Finance LLC | Unsecured | 300.00 | 278.53 | 278.53 | 31.92 | 0.00 |
| Progressive Insurance | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| RMK Management Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Secretary Of State | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| State Farm Mutual | Unsecured | 7,444.91 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 808.00 | NA | NA | 0.00 | 0.00 |
| Target | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| The Connor Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| The Frances Xavier Warde School | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| The Ticket Clinic | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| U-HAUL | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| University of Phoenix | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Xavier University of Lousiana | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,477.00 | $2,477.00 | $36.42 |
| **TOTAL SECURED:** | **$2,477.00** | **$2,477.00** | **$36.42** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,350.29 | $2,350.29 | $0.00 |
| **TOTAL PRIORITY:** | **$2,350.29** | **$2,350.29** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$130,323.67** | **$13,455.50** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,031.15 |
| Disbursements to Creditors | $18,319.21 |
| **TOTAL DISBURSEMENTS:** | **$23,350.36** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/25/2019            By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**